Vaughn A. Crawford
Nevada Bar No. 7665
Daniel S. Rodman
Nevada Bar No. 8239
Jay J. Schuttert
Nevada Bar No. 8656
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

Attorneys for Defendant
FORD MOTOR COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY COHEN, FRANCES COHEN, and FRANCES COHEN as Guardian ad Litem of BROOKE COHEN, JAKE COHEN, NATASHA SREDNI and JEFFREY SREDNI, minor children,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, and DOES 1-200, inclusive and each of them,<br><br>Defendants. | Case No. CV-N-03-0643-BES (VPC)<br><br>**ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant FORD MOTOR COMPANY, by and through their respective counsel of record, that the above

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8719966

matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorneys' fees.

DATED this __18__ day of April, 2008.                    DATED this __17__ day of April, 2008.

By: _____                             By: _____
Vaughn A. Crawford                                              William C. Jeanney
Daniel S. Rodman                                                BRADLEY DRENDEL & JEANNEY
Jay J. Schuttert                                                401 Flint Street
SNELL & WILMER L.L.P.                                           Reno, NV 89505
3883 Howard Hughes Pkwy
Suite 1100                                                      C. Michael Alder
Las Vegas, NV 89169                                             LAW OFFICES OF C. MICHAEL
                                                                ALDER, PC
Attorneys for                                                   9308 Civic Center Drive
FORD MOTOR COMPANY                                              Beverly Hills, CA 90210

                                                                Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

DATED this __18TH__ day of April, 2008.

_____
U.S. DISTRICT COURT JUDGE

8719966

- 2 -